[No. 66747-5-I. Division One. April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MUHAMET M. SUMAJ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00311-4, Steven C. Gonzalez, J., entered February 22, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick, J., and Ellington, J. Pro Tem.

[No. 67843-4-I. Division One. April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES R. HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01163-8, Ellen J. Fair, J., entered October 20, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Becker, J.

[No. 67867-1-I. Division One. April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JERAMIE DAVID OWENS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01499-8, Richard T. Okrent, J., entered October 21, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Appelwick and Verellen, JJ.

[No. 67906-6-I. Division One. April 29, 2013.]

FIRST NATIONAL INSURANCE COMPANY OF AMERICA, *Respondent*, v. MARK DECOURSEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-37944-4, Patrick H. Oishi, J., entered November 1, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Grosse and Appelwick, JJ.